UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHDIJAH MALIK,<br><br>               Plaintiff,<br><br>   v.<br><br>JAMES HU M.D.P.C., et al.,<br><br>               Defendants. | CASE NO. 2:17-cv-1482-BAT<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT** |

On November 21, 2017, Defendants made an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. Dkt. 4. That offer was accepted by Plaintiff on December 4, 2017. Dkt. 4. On January 11, 2018, Plaintiff filed a notice acknowledging that Defendants have fully satisfied the obligations under the offer of judgment. Dkt. 9. Accordingly, it is **ORDERED** that the Clerk of Court shall enter judgment in favor of Plaintiff Khdijah Malik, pursuant to Fed. R. Civ. P. 68(a).

DATED this 18th day of January, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING ENTRY OF
JUDGMENT - 1